■ In the Matter of the Arbitration between RED HOOK CENTRAL SCHOOL DISTRICT, Respondent, and RED HOOK FACULTY ASSOCIATION et al., Appellants, AMERICAN ARBITRATION ASSOCIATION, Respondent.—In a proceeding pursuant to CPLR article 75 to stay arbitration, the appeal is from a judgment of the Supreme Court, Dutchess County, dated April 20, 1979, which granted petitioner's application and denied appellants' cross motion to compel arbitration. Judgment affirmed, with $50 costs and disbursements. We agree that the board of education's elimination of the subject activity from the school curriculum is not arbitrable under the parties' collective bargaining agreement (see *Matter of Acting Supt. of Schools of Liverpool Cent. School Dist. [United Liverpool Faculty Assn.],* 42 NY2d 509; *Matter of*

*Board of Educ. v West Babylon Teachers Assn.,* 60 AD2d 577). Mollen, P. J., Damiani, Gulotta and Cohalan, JJ., concur.